UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

       Frank Staron,

                      Debtor.

Chapter 13

Case No. 19-36244 (cgm)

---------------------------------------------------------x

## ORDER EXTENDING STAY

       Chapter 13 debtor Frank Staron (the "Debtor"), having filed one previous individual case within 1 year, has moved pursuant to Bankruptcy Code § 362(c)(3)(B) to extend the automatic stay in this case as to all creditors (the "Motion"). The Motion having been granted and variously extended, and the hearing on confirmation having been adjourned without hearing to 6/30/20, it is hereby

       **ORDERED**, pursuant to Bankruptcy Code § 362(c)(3)(B), that the automatic stay in this case is hereby extended to 7/1/20.



**Dated: April 23, 2020**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**